FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2008 APR 21 A 9 33

CLERK _____

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

DENNIS A. TATE,                              )
                                             )
          Plaintiff,                         )
                                             )
     v.                                      )      CV 307-070
                                             )
TONY WASHINGTON, et al.,                     )
                                             )
          Defendants.                        )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Plaintiff's complaint is **DISMISSED** without prejudice for failure to

exhaust administrative remedies, and this civil action is **CLOSED**.

SO ORDERED this 21ˢᵗ day of April, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE